IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION AT JACKSON

| | | |
|---|---|---|
| CANDY OTTER and GREG OTTER, | ) | |
| | ) | |
| Plaintiffs, | ) | DOCKET NO. 1:14-cv-01174-JDB-egb |
| | ) | |
| VS. | ) | |
| | ) | JURY DEMANDED |
| U.S. XPRESS, INC., JAXSON TRUCKING, | ) | |
| INC., and ROBERT KEITH EVANS | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF TAKING DEPOSITION OF ROBERT KEITH EVANS

TO:     All Counsel of Record:

Please take notice that Defendant, Jaxson Trucking, Inc., will take the deposition of Robert Keith Evans on January 28, 2015, beginning at 10:00 a.m. at Winter Haven Suites, 1150 Third Street S.W., Winter Haven, Florida 3880, before an officer authorized to administer oaths. This deposition may be taken by stenographic and videographic means.

You are invited to attend and examine.

Respectfully submitted,

s/Lee L. Piovarcy
Lee L. Piovarcy (Tenn. Bar No. 8202)
J. Lewis Wardlaw (Tenn. Bar No. 23078)
MARTIN, TATE, MORROW & MARSTON, P.C.
6410 Poplar Ave., Suite 1000
Memphis, Tennessee 38119
(901) 522-9000
(901) 527-3746 fax
*lwardlaw@martintae.com*
*lpiovarcy@martintate.com*

*Attorneys for Defendants Jaxson Trucking, Inc.
and Robert Keith Evans*

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing has been filed electronically through the Case Management/Electronic Case Filing (CM/ECF) system. Notice of this filing has been served via the CM/ECF system upon the sent by First Class, U.S. Mail, postage pre-paid, to:

Morgan G. Adams, Esq.
Law Offices of Morgan G. Adams
1419 Market Street
Chattanooga, TN  37402

on this 15th day of January, 2015.

                                                                          s/Lee L. Piovarcy
                                                                          Lee L. Piovarcy